Commonwealth *v.* Paulshock, Appellant.

Submitted June 14, 1971.  *Thomas S. McCready,* Pub-

lic Defender, for appellant; *James A. Wimmer,* Assistant District Attorney, and *John Deutsch,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended post-conviction petition.